UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN C. REAVES, <u>et</u> <u>al.</u>, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 04-1837 (PLF) |
| UNITED STATES DEPARTMENT OF JUSTICE, <u>et</u> <u>al.</u>, | ) |
| Defendants. | ) |

ORDER

For the reasons stated in the separate Opinion issued this same day, it is hereby

ORDERED that plaintiffs' motion for emergency hearing to stay election results in Senate District 30 and Marion County [3] is DENIED without prejudice; it is

FURTHER ORDERED that plaintiffs' motion to amend their complaint [16] is DENIED without prejudice; it is

FURTHER ORDERED that the United States' motion to dismiss [9] is GRANTED and the claims against the federal defendants are DISMISSED; it is

FURTHER ORDERED that the State of South Carolina's motion to dismiss [7] is DENIED; and it is

FURTHER ORDERED *sua sponte* that this case shall be transferred to the United States District Court for the District of South Carolina and removed from the docket of this Court.

SO ORDERED.

/s/_____
A. RAYMOND RANDOLPH
United States Circuit Judge


/s/_____
PAUL L. FRIEDMAN
United States District Judge


/s/_____
JOHN D. BATES
United States District Judge


DATE: February 1, 2005